O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORTEZ A. REX,** | ) **NO. CV 13-03011-MAN** |
| **Plaintiff,** | ) |
| **v.** | ) **JUDGMENT** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: September 3, 2014

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE